**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Allen F. Campbell,** | ) | CASE NO. 1:21 CV 1830 |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | **JUDGMENT ENTRY** |
| **Egidijus Marcinkevicius,** | ) | |
| Defendant. | ) | |

For the reasons stated in the Court's Memorandum of Opinion and Order, this action is dismissed with prejudice. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Court
Chief Judge

Dated: 1/31/22